HAYES FREIGHT LINES, INC. *v*. MARTIN

[No. 17,708. Filed March 17, 1948.]

140

*James V. Donodio, R. Stanley Lawton, C. Richard Fulmer, and Ross, McCord, Ice & Miller,* of counsel, all of Indianapolis, attorneys for appellant.

*Todd and Craig,* both of Indianapolis, attorneys for appellee.

FLANAGAN, J.—Appellant appeals from an award of the Industrial Board granting compensation to appellee.

To appellee's application for compensation appellant filed a special answer asserting that the death of appellee's decedent was due to his commission of a misdemeanor. On this issue evidence was presented. However the board failed to make a finding thereon and of this omission appellant complains.

Our Supreme Court has held that it is the duty of the Industrial Board to make a finding of fact on every issue presented to it. *Cole* v. *Sheehan Construction Company* (1944), 222 Ind. 274, 53 N. E. 2d 172. Language to the contrary appearing in the case of *Czucko* v. *Golden-Gary Co., Inc.* (1932), 94 Ind. App. 47, 177 N. E. 466, 179 N. E. 19, should be considered overruled.

Proceeding remanded to Industrial Board with instructions to make a finding of fact on the issue presented by appellant's special answer.

NOTE.—Reported in 77 N. E. 2d 900.